IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES MARSHALL'S OFFICE; MARK A. FLOREZ; C. HART; M. CAMPI; M. SOLDIVAR,<br><br>    Defendants. | No. C 14-4089 WHA (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO FILE SIGNED AMENDED COMPLAINT** |

    Plaintiff, a California prisoner proceeding pro se, filed this civil rights complaint under 42 U.S.C. § 1983. Plaintiff has not signed either the complaint or the attached magistrate judge jurisdiction form. Pursuant to Rule 11, every pleading, written motion, or other paper filed in an action shall be signed by the party's attorney or, "if the party is not represented by an attorney, shall be signed by the party." Fed. R. Civ. P. 11(a). An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the party. *Ibid.* Accordingly, the complaint is STRICKEN and this action is DISMISSED with leave to file a signed amended complaint within **thirty (28) twenty-eight days** of the date this order is filed. The amended complaint must include the caption and civil case number used in this order (No. C 14-4089 WHA (PR)) and the words AMENDED COMPLAINT on the first page.

    **<u>Plaintiff must include in the amended complaint all the claims he wishes to present,</u>**

**and he may not incorporate material from prior complaints by reference. Failure to file an amended complaint in conformity with this order shall result in the dismissal of this action.**

**IT IS SO ORDERED.**

Dated: September    16   , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE