IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SHARRON PIGGEE, | No. C 14-4089 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES MARSHALL'S OFFICE; MARK A. FLOREZ; C. HART; M. CAMPI; M. SOLDIVAR, | |
| Defendants. | |

On October 28, 2014, plaintiff's civil rights complaint was dismissed for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall close the file.

IT IS SO ORDERED.

Dated: December 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE